IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>PATRICK ANDRAOUS,<br>A/K/A JERRY MOUDILOS,<br>A/K/A PATRICK THEODORE,<br>A/K/A LUCAS MALEK,<br>A/K/A JONATHAN DUVAL | Criminal Action No.<br>1:26-CR-00266-TWT-JKL |

**Motion to Continue *In Camera* Review of Documents**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, respectfully requests a 14-day continuance of the time to comply with the Court's order directing production of reports and grand jury transcript for *in camera* review. (Doc. 56.) The government further requests, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(i), that the Speedy Trial clock be tolled during any such continuance. Defense counsel does not oppose this motion.

1. On June 9, 2026, a grand jury sitting in the Northern District of Georgia returned an indictment charging Andraous with one count of wire fraud, five counts of concealment money laundering, three counts of transactional money laundering, one count of obstruction of justice, and one count of witness tampering. (Doc. 24.)

2. On July 3, 2026, Andraous moved for a *Kastigar* hearing to determine whether the government impermissibly used statements or information subject to a proffer letter agreement to charge Counts Ten (obstruction of justice) and Eleven (witness tampering). (Doc. 36.)

3. On September 10, 2026, the Court ordered that the government produce "(1) any recordings of or reports regarding . . . Andraous's proffer sessions, and (2) the transcript of the grand jury proceedings, to the [Court's] chambers for *in camera review*." (Doc. 56 at 5.) In doing so, the Court ordered that the time from August 19, 2026, until September 25, 2026, be excluded from Speedy Trial Act calculations:

> The delay occasioned by this production and review—that is, from August 19, 2026 until September 25, 2026—shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay is for good cause, as a review of the foregoing materials is necessary for the resolution of . . . Andraous's *Kastigar* motion. Therefore, additional time is needed to determine whether further motions practice or proceedings are necessary. The interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C. § 3161, *et seq*.

(Doc. 56 at 5–6.)

4. Counsel for Andraous and the government are in discussions about potential resolution of the charges and anticipate knowing whether a resolution is possible within the next two weeks. Andraous's

*Kastigar* motion and two other motions that he filed will become moot if this matter is resolved by the parties. As such, the government requests this short continuance to conserve judicial resources and toll the Speedy Trial clock.

5. To conserve judicial resources and for the reasons identified in the Court's September 10, 2026 order, the government submits that the ends of justice will be served by granting a 14-day continuance, and those ends outweigh the interests of the public and the defendant in a speedy trial, because such a continuance will conserve judicial resources and will allow the parties sufficient time to discuss a potential resolution of this case.

WHEREFORE, the government moves this Court for entry of an Order continuing the time to produce reports and the grand jury transcript for *in camera* review until October 9, 2026. A proposed order is attached to this motion.

Respectfully submitted, this 23rd day of September, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/ SAMIR KAUSHAL
*Assistant United States Attorney*
Georgia Bar No. 935285
Samir.Kaushal@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>PATRICK ANDRAOUS,<br>A/K/A JERRY MOUDILOS,<br>A/K/A PATRICK THEODORE,<br>A/K/A LUCAS MALEK,<br>A/K/A JONATHAN DUVAL | Criminal Action No.<br><br>1:26-CR-00266-TWT-JKL |

**Order**

Having read and considered the government's Motion to Continue *In Camera* Review of Documents, and for good cause shown, the Court **HEREBY GRANTS** the motion.

It is hereby **ORDERED** that the government shall have until October 9, 2026, to produce to the Court reports and the grand jury transcript for *in camera* review.

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i), the Court finds that the ends of justice served by granting the motion to continue outweigh the public's and Defendant's interest in a speedy trial. Specifically, this continuance will conserve judicial resources and allow the parties the reasonable time necessary to discuss a resolution of the charges. The clerk is **DIRECTED** to exclude this time from

computation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A) & (B)(i).

SO ORDERED this ______ day of September, 2026.

________________________________
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

Presented by:
Samir Kaushal, Assistant United States Attorney