**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CASE NO.: 1:26-CR-00266-TWT-JKL
)
PATRICK ANDRAOUS, )
)
Defendant. )
)

**MOTION TO DISCHARGE BOND**

**COMES NOW** Defendant, **PATRICK ANDRAOUS**, by and through his undersigned counsel, and hereby files this Motion To Discharge Bond. In support thereof, Defendant shows as follows:

On February 18, 2026, Defendant was granted a bond in the Southern District of Florida. This bond was secured by $50,000.00 which was paid to the Clerk through his attorney, David Seltzer. On September 16, 2026, this Court affirmed the revocation of Defendant's bond at the government's request. Therefore, Defendant respectfully requests an Order from this Court directing the clerk to release the bond funds that were paid by his attorney back to him.

**This, the 5th day of October, 2026.**

Respectfully submitted,

*s/ Benjamin Black Alper*

BENJAMIN BLACK ALPER
Georgia Bar No. 940406
Attorney for Defendant

**ALPER LEGAL, P.C.**
1205 Johnson Ferry Road
Suite 136, #359
Marietta, Georgia 30068
404.736.3939
ben@alperlegal.com

## CERTIFICATE OF COMPLIANCE

This is to certify that to the best of my knowledge this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned document has been prepared using Times New Roman font, 14 point.

**This, the 5th day of October, 2026.**

Respectfully submitted,

*s/ Benjamin Black Alper*

BENJAMIN BLACK ALPER
Georgia Bar No. 940406
Attorney for Defendant

**ALPER LEGAL, P.C.**
1205 Johnson Ferry Road
Suite 136, #359
Marietta, Georgia 30068
404.736.3939
ben@alperlegal.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 1:26-CR-00266-TWT-JKL |
| | ) | |
| PATRICK ANDRAOUS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the above date, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted,

*s/ Benjamin Black Alper*
BENJAMIN BLACK ALPER
Georgia Bar No. 940406
Attorney for Defendant

**ALPER LEGAL, P.C.**
1205 Johnson Ferry Road
Suite 136, #359
Marietta, Georgia 30068
404.736.3939
ben@alperlegal.com